■ In the Matter of LARRY A. SINGLETARY, Respondent, v DEBRA SINGLETARY, Appellant. [643 NYS2d 443] —Appeal unanimously dismissed without costs. Memorandum: No appeal lies from an order entered on consent (*see, Matter of Cherilyn P.,* 192 AD2d 1084, *lv denied* 82 NY2d 652). In any event, respondent's agreement that the custodial arrangement proposed by the parties was in the child's best interests obviated a best interests hearing. (Appeal from Order of Erie County Family Court, Townsend, J.—Custody.) Present—Denman, P. J., Pine, Fallon, Balio and Boehm, JJ.